# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Gary Nolan and Ricardo Serrano

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Gregory K. McGillivary

Firm Name: Woodley & McGillivary

Post Office Box:

Street Address: 1125 15th Street, NW, Ste. 400

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: Tel: 202-833-8855; Fax: 202-452-1090

E-mail address:

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 3 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: 0

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005