IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY NOLAN and,<br>RICARDO SERRANO,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 05-1185C<br>(Judge Williams) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30 day enlargement of time, to and including February 8, 2006, within which to file a response to the complaint. The response to the complaint is currently due on January 9, 2006. This is defendant's first request for enlargement for this purpose. Defendant called and left a voice-mail message for plaintiffs' counsel but was unable to ascertain plaintiffs' position prior to filing this motion.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of Homeland Security. See 28 U.S.C. § 520(b). On December 8, 2005, the undersigned counsel sent a letter to the Office of General Counsel of the Department of Homeland Security forwarding the complaint and requesting a litigation report. On December 30, 2005, the undersigned counsel called the Office of General Counsel and left a voice-mail message inquiring about the status of the litigation report in this matter. The additional time requested is necessary to allow agency counsel sufficient time to complete the litigation report and to forward it to the Department of Justice.

For the foregoing reason, defendant respectfully requests that the Court grant this motion for an enlargement of time of 30 days, to and including February 8, 2006, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Associate Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

January 4, 2006