# In the United States Court of Federal Claims

**No. 05-1185C**
**(Filed January 6, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GARY NOLAN AND**
**RICARDO SERRANO,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

---

On January 4, 2006, Defendant filed a motion for an enlargement of time of 30 days, to and including **February 8, 2006**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**