IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY NOLAN and, | ) | |
| RICARDO SERRANO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1185C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30 day enlargement of time, to and including March 10, 2006, within which to file a response to the complaint. The response to the complaint is currently due on February 8, 2006. This is defendant's second request for enlargement of time for this purpose. Plaintiff’s counsel has represented that he does not oppose this motion.

The enlargement is requested because the undersigned counsel of record for defendant received a litigation report from the Department of Homeland Security on February 6, 2006. Based upon information in the litigation report, the parties would like to discuss the possibility of mutually resolving this matter without the need for further litigation.

For the foregoing reason, defendant respectfully requests that the Court grant this motion for an enlargement of time of 30 days, to and including March 10, 2006, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Associate Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

February 7, 2006