# In the United States Court of Federal Claims

**No. 05-1185C**
**(Filed February 14, 2006)**

| | |
|---|---|
| **GARY NOLAN AND RICARDO SERRANO,** | |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

On February 7, 2006, Defendant filed an unopposed motion for an enlargement of time of 30 days, to and including **March 10, 2006**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**