# In the United States Court of Federal Claims

**No. 05-1185C**
**(Filed May 1, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**GARY NOLAN AND** *
**RICARDO SERRANO,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

---

On April 25, 2006, Defendant filed an unopposed motion for an enlargement of time of thirty days, to and including **May 26, 2006**, within which to file a joint preliminary status report. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**