# EXHIBIT A

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF

**Print clearly, or type the following information:**

NAME MOORE, LARRY SS# 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
Last First Middle

HOME ADDRESS 2101 Hayes Road, Apt. 304
Address

Houston, TX 77077
City State Zip Code

PHONE (home) 504-915-3056 (work) 713-209-3032

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | ICE/DHS | 080 | GS12/06 | |
| 2003 | ICE/DHS | 080 | GS12/06 | |
| 2004 | ICE/DHS | 080 | GS12/07 | |
| 2005 | ICE/DHS | 080 | GS12/07 | |
| 2006 | ICE/DHS | 080 | GS12/08 | |

SIGNATURE Larry Moore

Continue on Reverse