IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY NOLAN and<br>RICARDO SERRANO, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-1185C<br>(Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS

Defendant respectfully requests the Court to stay proceedings in this matter so that the parties may explore the possibility of settlement.

On November 9, 2005, plaintiffs, Gary Nolan and Ricardo Serrano filed a claim seeking overtime pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiffs allege that their position as Physical Security Specialists are not exempt from the overtime requirements of the FLSA. Based upon preliminary discussions, the parties believe that this matter may be appropriate for settlement. Accordingly, staying this litigation to give the parties an opportunity to explore the possibility of resolving this matter without further briefing and formal discovery will conserve the parties' and this Court's resources, and pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action. Government counsel has conferred with plaintiffs' counsel and is authorized to state that plaintiffs do not oppose this motion.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for a stay of proceedings. We suggest that the parties file a joint status report by July 10, 2006, setting forth the progress the parties have made in resolving this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

May 25, 2006

Attorneys for Defendant