# In the United States Court of Federal Claims

**No. 05-1185C**
**(Filed June 1, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GARY NOLAN AND**
**RICARDO SERRANO,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS**

---

On May 25, 2006, Defendant filed an unopposed motion for a stay of proceedings in this matter so that the parties may explore the possibility of settlement. Good cause having been shown, this motion is **GRANTED**. The parties shall file a joint status report by **July 10, 2006,** informing the Court of the status of settlement proceedings.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**