IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY NOLAN, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1185C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 1, 2006, the parties respectfully submit the following status report.

On May 25, 2006, plaintiffs forwarded a settlement offer to the undersigned counsel for defendant. The undersigned counsel consulted with the interested agency to determine whether the agency would recommend acceptance of this offer. On June 13, 2006, agency counsel informed the undersigned counsel that plaintiff, Gary Nolan, was paid $5,357.94 in August 2004 pursuant to a settlement agreement between the Department of Homeland Security and the American Federation of Government Employees. Agency counsel is currently attempting to obtain further information as to what this amount specifically represents and to obtain this information for the other plaintiffs as well. Agency counsel has been having difficulty obtaining this information because the Federal Protective Service was formerly part of the General Services Administration ("GSA"). Counsel for plaintiffs has confirmed that Mr. Nolan did receive the $5,357.94 check.

The parties believe that it is necessary to obtain further information about what this amount represents in order to continue settlement discussions. The parties, therefore, request that the Court continue to stay proceedings in this case. The counsel for the parties propose to

submit another joint status report on or before September 8, 2006, if the case is not settled by that time, setting forth the progress the parties have made in resolving this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Associate Director

s/ David Ricksecker

GREGORY K. MCGILLIVARY
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorneys for Plaintiffs

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

July 10, 2006