# In the United States Court of Federal Claims

**No. 05-1185C**
**(Filed July 13, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GARY NOLAN AND**
**RICARDO SERRANO,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING PARTIES REQUEST TO CONTINUE STAY**

On July 10, 2006, the parties filed a joint status report in which they requested that the Court continue to stay proceedings in this case. Good cause having been shown, this request is **GRANTED**. The parties shall file a joint status report on or before **September 8, 2006**, informing the Court of the progress of settlement proceedings.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**