IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY NOLAN, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1185C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated July 13, 2006, the parties respectfully submit the following joint status report.

On May 25, 2006, plaintiffs forwarded a settlement offer to the undersigned counsel for defendant. Since then, the parties have been attempting to negotiate a mutual resolution of this matter without the need for further litigation. In this regard, the parties have made efforts to collect the necessary information to further settlement efforts, such as the number of hours of overtime the plaintiffs have worked, the amount of overtime that is owed plaintiffs, calculations showing how the amount of overtime was calculated, the amount of overtime that have already been paid to some plaintiffs, and when those payments were made. The parties have additional questions on the information provided by the agency's personnel office and believe that additional time would help the parties negotiate a settlement that would be mutually acceptable to both parties.

The parties, therefore, request that the Court continue to stay proceedings in this case. The counsel for the parties propose to submit another joint status report on or before October 20, 2006, if the case is not settled by that time, setting forth the progress the parties have made in resolving this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/ David Ricksecker

GREGORY K. MCGILLIVARY
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorneys for Plaintiffs

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

September 8, 2006