# In the United States Court of Federal Claims

**No. 05-1185C**
**(Filed September 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**GARY NOLAN AND** *
**RICARDO SERRANO,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PARTIES REQUEST TO CONTINUE STAY**

---

On September 8, 2006, the parties filed a joint status report in which they requested that the Court continue to stay proceedings in this case. Good cause having been shown, this request is **GRANTED**. The parties shall file a joint status report on or before **October 20, 2006**, informing the Court of the progress of settlement proceedings.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**