IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY NOLAN, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1185C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME, OUT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully requests a 28 day enlargement of time, out of time, to and including November 17, 2006, within which to file a joint status report. The joint status report was due on October 20, 2006. This is the parties' first request for enlargement of time for this purpose.

The enlargement is requested because the counsel for plaintiffs and the Government failed to properly calendar the filing deadline for the joint status report. However, the parties continued to proceed with settlement discussions during this period and, on November 10, 2006, plaintiffs forwarded a revised offer to settle the case. At this time, counsel for the parties recognized that the deadline for filing a joint status report had passed. As explained in the attached joint status report, the parties need additional time to obtain the agency's written recommendation regarding plaintiffs' settlement offer and, if appropriate, obtain approval from the authorized representative of the Attorney General to accept plaintiffs' settlement offer. We apologize to the Court for missing the filing deadline and for any resulting inconvenience.

For the foregoing reason, defendant respectfully requests that the Court grant this motion for an enlargement of time, out of time, of 28 days, to and including November 17, 2006, within which to file a joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Associate Director

s/ Gregory K. McGillivary

GREGORY K. MCGILLIVARY
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorneys for Plaintiffs

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

November 17, 2006

CERTIFICATE OF FILING

I hereby certify that on November 17, 2006, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME, OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Nancy M. Kim