IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY NOLAN, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1185C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND MOTION TO ENLARGE STAY**

Pursuant to the Court's order dated September 14, 2006, the parties respectfully submit the following joint status report and request that the Court enlarge the stay in this case for an additional 45 days, through and including January 2, 2007, to afford the agency, the Department of Homeland Security, time to provide a written recommendation accepting plaintiff's settlement offer and, if appropriate, to obtain approval from the authorized representative of the Attorney General to accept plaintiff's settlement offer.

On November 10, 2006, plaintiffs sent the Government a revised offer to settle this case. The Government requested the agency to provide a written recommendation regarding plaintiff's settlement offer. The undersigned counsel of record for defendant has not yet received the agency's written recommendation, which is necessary before seeking approval to accept a settlement offer by the authorized representative of the Attorney General. Additional time is therefore needed to obtain the agency's written recommendation accepting plaintiff's settlement offer and, if appropriate, to obtain approval from the authorized representative of the Attorney General to accept plaintiff's settlement offer.

The parties, therefore, request that the Court continue to stay proceedings in this case. The counsel for the parties propose to submit another joint status report on or before January 2,

2007, if the case is not settled by that time, setting forth the progress the parties have made in resolving this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/ Gregory K. McGillivary

GREGORY K. MCGILLIVARY
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorneys for Plaintiffs

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

November 17, 2006