# In the United States Court of Federal Claims

**No. 05-1185C**
**(Filed November 21, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GARY NOLAN AND**
**RICARDO SERRANO,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PARTIES REQUEST TO CONTINUE STAY**

---

On November 17, 2006, the parties filed a joint status report in which they requested that the Court continue to stay proceedings in this case for 45 days, to and including, January 2, 2007. Good cause having been shown, this request is **GRANTED**. The parties shall file a joint status report on or before **January 2, 2007**, informing the Court of the progress of settlement proceedings.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**