IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY NOLAN, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1185C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND MOTION TO ENLARGE STAY**

Pursuant to the Court's order dated November 21, 2006, the parties respectfully submit the following joint status report and request that the Court enlarge the stay in this case for an additional 60 days, through and including March 5, 2007, to afford the parties time to execute a settlement agreement, for the Government to process payment of the settlement amount to plaintiffs, and for the parties to file a joint stipulation of dismissal.

On November 10, 2006, plaintiffs sent the Government a revised offer to settle this case. On December 12, 2006, the authorized representative of the Attorney General granted authorization to accept plaintiffs' settlement offer. The parties thereafter drafted a settlement agreement, in which the Government agreed to pay plaintiffs a specified amount of money and plaintiffs agreed to voluntarily dismiss this action with prejudice within five business days of receiving payment. The Government has signed the settlement agreement and forwarded it to plaintiffs' counsel for signature via Federal Express. On December 26, 2006, plaintiffs' counsel indicated that he never received the Federal Express package. Accordingly, additional time is needed for the parties to execute the settlement agreement, for the Government to process payment of the settlement amount, and for the parties to file a joint stipulation of dismissal with prejudice.

The parties, therefore, request that the Court continue to stay proceedings in this case. The counsel for the parties propose to submit another joint status report on or before March 5, 2007, if the case is not settled by that time, setting forth the progress the parties have made in resolving this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/ Gregory K. McGillivary

GREGORY K. MCGILLIVARY
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorneys for Plaintiffs

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

January 3, 2007