IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GARY NOLAN, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1185C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties respectfully stipulate to the dismissal of this action in its entirety with prejudice.

Respectfully submitted,

JEANNE E. DAVIDSON
Acting Director

s/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/ Gregory K. McGillivary

GREGORY K. MCGILLIVARY
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W., Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorneys for Plaintiffs

February 28, 2007

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant