# In the United States Court of Federal Claims

**No. 05-1185C**
**(Filed: March 2, 2007)**

| | |
|---|---|
| **GARY NOLAN AND RICARDO SERRANO,** | |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER OF DISMISSAL

On February 28, 2007, pursuant to RCFC Rule 41(a)(1), the parties filed a joint stipulation of dismissal with prejudice in this action. The Clerk is directed to dismiss this case, with prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**