# In the United States Court of Federal Claims

**No. 05-1185 C**

**GARY NOLAN AND RICARDO SERRANO,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Order of Dismissal, filed March 2, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

**June 1, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.